NO. 8384

COURT OF APPEAL

PARISH OF ORLEANS

————

DOCTOR JAMES I. RICHARD

versus

J. F. PEYRONNIN.

————

Court of Appeal,
PARISH OF ORLEANS
FILED MAY 22/22

Dinkelspiel; J.

This suit was instituted by plaintiff against the defendant on a promisory note for the sum of $180.00; the note ds dated May 20th, 1919, payable on demand, to the order of the defendant, signed and endorsed by him in blank and bearing interest at the rate of eight per cent per annum from date until paid.

Citation issued and served on the defendant in person; default was taken and the legal delays in which an answer should have been filed, having expired, judgment was rendered i: favor of plaintiff, on July 29th, 1921, after due proof of claim. No pleadings were filed by the defendant of any kind or character and subsequantly and in due course, an appeal was taken to this Court, and plaintiff claims damages for a frivolous appeal. No defende was made to the demand of plaintiff or was there any attack as to the good faith of the holder or question his title as owner for consideration.

The Act of the Legislature of 1904, Sections 24, 25, provide that when sufficient proof has been made that one is the holder afxthx for value of the note and owner thereof, is entitled to judgment if not paid in due course.

Every negotiable instrument is deemed prima facie to have been issued for a valuable consideration; and every person whose signature appears thereon to have become a party thereto for value.

Also see Section 26 of the same Act.

Article 360 of the Court of Practice.

When the defendant suffers judgment by default to be taken against him, the issue is joined tacitly; because such defendant is presumed by his silence to have confessed

816

the justice of his adversary's demand; therefore the plaintiff is allowed to proceed with his proofs, in order to have the judgment confirmed.

A note endorsed in blank by the payee, ~~mxrnlg~~ delivered by him fulfills the requirements necessary to vest title in plaintiff as holder.

Act. 64 of 1904, Section 24.

The prayer filed in this Court, for damages for frivolous appeal will be/~~allowed~~ granted and the sum of ten per cent damages is herewith allowed.

For the reasons assigned, it is ordered, adjudged and decreed, that the judgment of the Court aquo be and the same is hereby affirmed, with ten per cent damages for ~~xx~~ frivolous appeal; costs of both Courts to be paid by defendant.

–Judgment affirmed–

*I concur in the decree on the ground that in the absence of a note of evidence the presumption is that that the Judge is presumed to have rendered judgment upon sufficient evidence — 1 L. D — 53 N 72*

*C.R.C., Judge*